764 A.2d 940

TOWNSHIP OF MIDDLETOWN, RESPONDENT–APPELLANT,
v. MIDDLETOWN PBA LOCAL 124, CHARGING PARTY–
RESPONDENT.

Argued September 11, 2000—Decided October 11, 2000.

*Bernard M. Reilly*, argued the cause for appellant (*Dowd & Reilly*, attorneys).

*Fred M. Klatsky*, argued the cause for respondent (*Klatsky & Klatsky*, attorneys; *Michael A. Bukosky*, on the brief).

*Robert E. Anderson*, General Counsel, argued the cause for respondent New Jersey Public Employment Relations Commission.

PER CURIAM.

The judgment is affirmed, substantially for the reasons expressed in the Per Curiam opinion of the Appellate Division, reported at 334 *N.J.Super.* 512, 760 *A.*2d 326 (1999).

*For affirmance*—Chief Justice PORITZ and Justices O'HERN, STEIN, COLEMAN, LONG, and VERNIERO—6.

*For dismissal as improvidently granted*—Justice LaVECCHIA—1.